# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action #: **2:14-cv-00280-JRG-DHI** |
| EDMUNDS REALTY, LLC, MATTHEW TIEMEYER D/B/A LANDSCAPES, ETC., LLC, ALINE OBEID, D/B/A LANDSCAPES, ETC., LLC AND LANDSCAPES, ETC., LLC | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, and pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure and announce to the Court that they stipulate to the dismissal of Defendant Aline Obeid, individually and d/b/a Landscapes, Etc., LLC, from this lawsuit with prejudice.

This the 16th day of April, 2015.

*Respectfully submitted*,

**STATE FARM FIRE & CASUALTY INSURANCE COMPANY**

By: *s/ Leslie Tentler Ridings by Adam F. Rust with permission*
Leslie Tentler Ridings
TN BPR No. 019621
Attorney for Plaintiff, State Farm Fire & Casualty Insurance Company
**HUNTER, SMITH & DAVIS, LLC**
1212 North Eastman Road
Kingsport, TN 37664-0740
(423) 378-8800

{03929014.DOCX}  1

**EDMUNDS REALTY, LLC**

By: *s/ Lewis S. Howard, Jr. by Adam F. Rust with permission*
Lewis S. Howard, Jr.
TN BPR # 011540
Attorney for Edmunds Realty, LLC
**HOWARD & HOWARD PC**
4820 Old Kingston Pike
Knoxville, TN 37919
Phone: 865-588-4091

**MATTHEW TIEMEYER
d/b/a LANDSCAPES ETC., LLC
ALINE OBEID, d/b/a LANDSCAPES
ETC., LLC
LANDSCAPES ETC., LLC**

By: *s/ Adam F. Rust*
Adam F. Rust
TN BPR # 027507
Attorney for Matthew Tiemeyer, d/b/a Landscapes Etc., LLC; Aline Obeid, d/b/a Landscapes Etc., LLC, and Landscapes Etc., LLC
**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC**
900 S. Gay Street, Suite 1800
Riverview Tower
Knoxville, TN 37902
Phone: 865-523-0404