IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **State Farm Fire & Casualty Company,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *Civil Action No.: 2:14 CV 00280 |
| | * |
| **Edmunds Realty, LLC, Matthew Tiemeyer** | * |
| **d/b/a Landscapes Etc., LLC, Aline Obeid,** | * |
| **d/b/a Landscapes Etc., LLC** | * |
| **and Landscapes Etc., LLC** | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against and between all parties to this litigation in that all matters have been compromised and settled privately.

This is the **30th** day of September 2015.

    Respectfully submitted,

    **STATE FARM FIRE & CASUALTY**
    **COMPANY**

By:    *Leslie T. Ridings*
    Leslie Tentler Ridings
    TN BPR No. 019621
    **HUNTER, SMITH & DAVIS, LLP**
    Post Office Box 3740
    1212 North Eastman Road
    Kingsport, TN 37664-0740
    (423) 378-8800

**EDMUNDS REALTY, LLC**

By:        */s/ Lewis S. Howard, Jr.*
Lewis S. Howard, Jr.
TN BPR # 011540
Attorney for Edmunds Realty, LLC
**HOWARD & HOWARD PC**
4820 Old Kingston Pike
Knoxville, TN 37919
Phone: 865-588-4091

**MATTHEW TIEMEYER**
**d/b/a LANDSCAPES ETC., LLC;**
**LANDSCAPES ETC., LLC**

By:        */s/ J. Matthew Drake*
J. Matthew Drake
TN BPR # 030479
Attorney for Matthew Tiemeyer, d/b/a Landscapes Etc., LLC, and Landscapes Etc., LLC
**LEITNER, WILLIAMS, DOOLEY &**
**NAPOLITAN PLLC**
180 Market Place Blvd
Knoxville, TN 37922
Phone: 865-523-0404